IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARCELLUS RODNEY HORTON | * | |
| | * | |
| Plaintiff, | * | Case No. 1:23-cv-01085-VMC |
| | * | |
| v. | * | |
| | * | |
| BANK OF AMERICA | * | Removed from Gwinnett County |
| | * | Civil Action No. 23-C-00966-S3 |
| Defendant. | * | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff MARCELLUS RODNEY HORTON, through undersigned counsel, and pursuant to FRCP 41(2) hereby dismisses this matter with prejudice. That Plaintiff and Defendant have reached an amicable settlement in this matter out of court. All Parties shall bear their own costs of litigation.

This 26th day of April, 2023.

/s/ *Sam O. Laguda*_____
Sam O. Laguda
Georgia Bar No. 431088
The Laguda Law Group, LLC
2400 Herodian Way, Suite 145
Smyrna, GA 30080
P: (404) 607-0507
sam@lagudalawgroup.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the undersigned date, I electronically filed the foregoing ***PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE*** with the Clerk of the Court using the CM/ECF System, which will electronically deliver a copy to all counsel of record.

I further certify that I prepared this document in 14-point Times New Roman font and complied with the margin and type requirements of this Court.

This 26th day of April, 2023.

*/s/ Sam O. Laguda*\_\_\_\_\_
Sam O. Laguda
Georgia Bar No. 431088
The Laguda Law Group, LLC
2400 Herodian Way, Suite 145
Smyrna, GA 30080
P: (404) 607-0507
sam@lagudalawgroup.com
*Attorney for Plaintiff*